**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01398-CV

### IN RE TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22005**

## ORDER

Before the Court is the petition for writ of mandamus filed by relator, Texas Department of Family & Protective Services. The Court requests that any responses to the petition be filed on or before December 10, 2015 and that on or before December 10, 2015 the parties provide the Court with an update of the status of proceedings in the trial court

/s/    MOLLY FRANCIS
         JUSTICE